Eastern District of Kentucky
FILED
JUL 18 2024
AT LEXINGTON
Robert R. Carr
CLERK U.S. DISTRICT COURT

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF KENTUCKY
### CENTRAL DIVISION
### LEXINGTON

**UNITED STATES OF AMERICA**

V.          INDICTMENT NO. 5:24-CR-59-DCR

**MELVIN P. LITTERAL III**

\* \* \* \* \*

**THE GRAND JURY CHARGES:**

## COUNT 1
### 18 U.S.C. § 245

On or about March 28, 2024, in Fayette County, in the Eastern District of Kentucky,

**MELVIN P. LITTERAL III,**

by force and threat of force, willfully intimidated and interfered with, and attempted to intimidate and interfere with, O.S., a Palestinian American man and a practicing Muslim, because of O.S.'s race, color, religion, and national origin, and because he was and had been enjoying the goods, services, and facilities of a restaurant. The acts committed by the Defendant included the use, attempted use, and threatened use of a dangerous weapon, to wit: a firearm, all in violation of 18 U.S.C. § 245(b)(2)(F).

## COUNT 2
## 18 U.S.C. § 924(c)

On or about March 28, 2024, in Fayette County, in the Eastern District of Kentucky,

### MELVIN P. LITTERAL III,

in furtherance of a crime of violence, to wit, Interference with Federally Protected Activities alleged in Count 1 of this Indictment, for which he may be prosecuted in a court of the United States, did knowingly brandish a firearm, all in violation of 18 U.S.C. § 924(c)(1)(A)(ii).

## FORFEITURE ALLEGATIONS
## 18 U.S.C. § 924(d)
## 28 U.S.C. § 2461

1.  By virtue of the commission of the offenses alleged in Counts 1 and 2 of the Indictment, **MELVIN P. LITTERAL III** shall forfeit to the United States any and all firearms and ammunition involved in or used, or intending to be used, in the violations of 18 U.S.C. §§ 245 and 924. Any and all interest that **MELVIN P. LITTERAL III** has in this property is vested in and forfeited to the United States pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461.

2. The property to be forfeited includes, but is not limited to, the following:

**FIREARM AND AMMUNITION:**
a) Ruger, Model LCP, .380 caliber handgun, bearing serial number 372533863; and
b) Any associated ammunition.

A TRUE BILL

████████████████
FOREPERSON

_____
**CARLTON S. SHIER IV**
**UNITED STATES ATTORNEY**

## PENALTIES

**Count 1:** Not more than 10 years imprisonment, not more than a $250,000 fine, and not more than 3 years supervised release.

**Count 2:** Not less than 7 years imprisonment, not more than life imprisonment, not more than a $250,000 fine, and not more than 5 years supervised release.

**PLUS:** Mandatory special assessment of $100 per count.

**PLUS:** Restitution, if applicable.

**PLUS:** Forfeiture