AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

Eastern    DISTRICT OF    Kentucky

**EXHIBIT AND WITNESS LIST**

USA
V.
Melvin P. Litteral, III

Case Number:   5:24-cr-59-DCR-EBA

| PRESIDING JUDGE<br>Hon. Matthew A. Stinnett | PLAINTIFF'S ATTORNEY<br>Zachary Dembo | DEFENDANT'S ATTORNEY<br>Michael Robey |
|---|---|---|
| TRIAL DATE (S)<br>7/22/24 Detention Hearing | COURT REPORTER<br>Audio File | COURTROOM DEPUTY<br>Samantha Howard |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| x |  | 7/22/2024 |  |  | WITNESS: Special Agent Tylor Hanna, FBI |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of _____ Pages